[No. 16095-1-II.    Division Two.    July 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON DILLINGHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-00722-5, Thomas R. Sauriol, J., entered June 1, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 16926-6-II.    Division Two.    July 13, 1994.]

*In the Matter of the Personal Restraint of* HOWARD EUGENE FOREN, *Petitioner.*

Petition for relief from personal restraint *dismissed* by unpublished per curiam opinion.

[No. 16408-6-II.    Division Two.    July 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW PAUL WHITTENBECK, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 92-1-00268-8, Leonard W. Kruse, J., entered September 2, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16510-4-II.    Division Two.    July 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DARELL W. VANDERGRIFF, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-2-00428-1, Terence Hanley, J., entered September 15, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.